# EXHIBIT 1

Exhibit 1
6

12/5
3/20/19

Electronically FILED by Superior Court of California, County of Los Angeles on 03/12/2019 10:21 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Jon Takasugi

19STCV08352

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael Yadegari (SBN 286514)<br>640 South San Vicente Blvd #481<br>Los Angeles, CA 90048<br><br>TELEPHONE NO: 310-779-9327    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): MAIKA FAUTEUX | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
STREET ADDRESS: 111 N HILL ST
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: Stanley Mosk Courthouse on Hill St.

PLAINTIFF: MAIKA FAUTEUX

DEFENDANT: WALMART, INC

[✓] DOES 1 TO  10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*
Type *(check all that apply):*
[ ] **MOTOR VEHICLE**   [✓] **OTHER** *(specify):* PRODUCTS LIABILITY
    [ ] **Property Damage**   [ ] **Wrongful Death**
    [✓] **Personal Injury**   [ ] **Other Damages** *(specify):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [ ] **ACTION IS A LIMITED CIVIL CASE**<br>**Amount demanded**  [ ] **does not exceed $10,000**<br>               [ ] **exceeds $10,000, but does not exceed $25,000**<br>[✓] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>[ ] **ACTION IS RECLASSIFIED by this amended complaint**<br>    [ ] **from limited to unlimited**<br>    [ ] **from unlimited to limited** | **19STCV08352** |

1. **Plaintiff** *(name or names):* MAIKA FAUTEUX

   alleges causes of action against **defendant** *(name or names):*
   WALMART, INC

2. This pleading, including attachments and exhibits, consists of the following number of pages: **4**

3. Each plaintiff named above is a competent adult
  a. [ ] **except** plaintiff *(name):*
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor [ ] an adult
        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*
  b. [ ] **except** plaintiff *(name):*
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor [ ] an adult
        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Exhibit 1
7

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*


   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☑ **except** defendant *(name):* WALMART, INC      c. ☐ **except** defendant *(name):*
       (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
       (2) ☑ a corporation     (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe):*     (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*     (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*     (5) ☐ other *(specify):*



   b. ☐ **except** defendant *(name):*      d. ☐ **except** defendant *(name):*
       (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
       (2) ☐ a corporation     (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe):*     (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*     (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*     (5) ☐ other *(specify):*


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1-10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 1-10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*



8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*



9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*



       **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**       

Exhibit 1

8

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☑ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 2/18/2019

MICHAEL YADEGARI, ESQ
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Exhibit 1
9

PLD-PI-001(5)

| SHORT TITLE:<br>MAIKA FAUTEUX et al | CASE NUMBER: |
|---|---|

1 _____   **CAUSE OF ACTION—Products Liability**   Page ____ 4 ____
      (number)

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*:  MAIKA FAUTEUX

Prod. L-1. On or about *(date)*:  May 11, 2017          plaintiff was injured by the following product:
BICYCLE, PURCHASED AT WALMART, INC

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
     The product was defective when it left the control of each defendant. The product at the time of injury was being
     ☐ used in the manner intended by the defendants.
     ☑ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not
        readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
     ☑ purchaser of the product.          ☑ user of the product.
     ☐ bystander to the use of the product.          ☐ other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L- 4.  ☑  **Count One—Strict liability** of the following defendants who
          a. ☑ manufactured or assembled the product *(names)*:
             WALMART, INC

                ☑ Does 1 _____ to 10 _____
          b. ☑ designed and manufactured component parts supplied to the manufacturer *(names)*:
             WALMART, INC

                ☑ Does 1 _____ to 10 _____
          c. ☑ sold the product to the public *(names)*:
             WALMART, INC

                ☑ Does 1 _____ to 10 _____
Prod. L-5.  ☑  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
          WALMART, INC
                ☑ Does 1 _____ to 10 _____
Prod. L-6.  ☑  **Count Three—Breach of warranty** by the following defendants *(names)*:
          WALMART, INC
                ☑ Does 1 _____ to 10 _____
          a. ☐ who breached an implied warranty
          b. ☑ who breached an express warranty which was
                ☑ written   ☐ oral
Prod. L-7.  ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
          ☐ listed in Attachment-Prod. L-7 ☐ as follows:

Page 1 of 1

Form Approved for Optional Use          **CAUSE OF ACTION—Products Liability**          Code of Civil Procedure, § 425.12
Judicial Council of California                                                          www.courtinfo.ca.gov
PLD-PI-001(5) [Rev. January 1, 2007]

Exhibit 1

10